IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0147

_____

IN THE MATTER OF:

D.A.D., M.J.D., and C.M.D.,                                           O R D E R

        Youths in Need of Care.


_____


Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Donald L. Harris, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 18 2020